# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 19, 2008

Clifford W. Taylor,
Chief Justice

136407

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ADRIAN ENERGY ASSOCIATION, L.L.C.,
CADILLAC RENEWABLE ENERGY, L.L.C.,
GENESEE POWER STATION, L.P.,
GRAYLING GENERATION STATION, L.P.,
HILLMAN POWER COMPANY, L.L.C.,
TES FILER CITY STATION, L.P., VIKING
ENERGY OF LINCOLN, INC., and VIKING
ENERGY OF MCBAIN, INC.,
          Appellants,

v

SC: 136407
COA: 261718
MPSC: U-013917

MICHIGAN PUBLIC SERVICE
COMMISSION, CONSUMERS ENERGY
COMPANY, MIDLAND COGENERATION
VENTURE, L.P., and ATTORNEY
GENERAL OF THE STATE OF MICHIGAN,
          Appellees.
_____/

On order of the Court, the application for leave to appeal the April 1, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 19, 2008

_____
Clerk